

**EXHIBIT 1**



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Dallas District Office**
207 S. Houston Street, 3rd Floor
Dallas, TX 75202
(800) 669-4000
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 12/12/2023

**To:** Eric Stewart
8452 Spicewood Springs Road
China Spring, TX 76633

Charge No: 31C-2023-01277

EEOC Representative and email:    ELISE GALICIA
Administrative Assistant
elise.galicia@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge. The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is the official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

For

**Hector Colon-Padro**    Digitally signed by Hector Colon-Padro
Date: 2023.12.12 14:45:11 -06'00'

Norma J. Guzman
Field Director



**Cc:**
Texas Farm Bureau Casualty Insurance Company
c/o Leslie W. Richardson
Thompson Coe
700 North Pearl St 25th Floor
Dallas, TX 75201


Please retain this notice for your records.



## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.





## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Dallas District Office**
207 S. Houston Street, 3rd Floor
Dallas, TX 75202
(800) 669-4000
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: January 12, 2024

**To:** Eric Stewart
8452 Spicewood Springs
China Spring, TX 76633

Charge No: 31C-2024-00118

EEOC Representative and email:    ELISE GALICIA
Administrative Assistant
elise.galicia@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge. The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is the official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

For    Hector Colon-Padro    Digitally signed by Hector Colon-Padro
Date: 2024.01.12 15:20:06 -06'00'

Norma J. Guzman
Field Director



**Cc:**
Texas Farm Bureau Casualty Insurance Company
c/o Leslie W Richardson
Thompson Coe
700 North Pearl St 25th Floor
Dallas, TX 75201

Please retain this notice for your records.



Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

EXHIBIT 1

# Texas Workforce Commission
## A Member of Texas Workforce Solutions

Bryan Daniel, Chairman
Commissioner Representing the Public

Joe Esparza
Commissioner Representing Employers

Alberto Treviño, III
Commissioner Representing Labor

Edward Serna
Executive Director

Tue Nov 21 00:00:00 EST 2023

Eric Stewart
8452 Spicewood Springs
China Spring, TX 76633

RE:    **LETTER OF EXPEDITED NOTICE OF RIGHT TO FILE CIVIL ACTION**

TWCCRD: 1A24123                     EEOC: 31C-2024-00118
RE: Eric Stewart v Texas Farm Bureau Casualty Insurance Company

Dear Eric Stewart:

Charging Party alleges that they have been subjected to Discharge based on their Retaliation for engaging in a protected activity. This letter certifies you have submitted a request for a Notice of Right to File Civil Action to the Texas Workforce Commission Civil Rights Division.

As stated in Texas Labor Code Chapter 21 Sec. 21.253, our agency may issue a notice to file civil action in the event that the Executive Director certifies that administrative processing of the complaint cannot be completed before the 181st day after the date the complaint was filed.

This is to certify that our office will be unable to complete an investigation before the 181st day and thus may issue a Notice of Right to File Civil Action.

The Notice of Right to File Civil Action is on page 2 of this letter and will be sent to the parties electronically at the addresses on file.

## <u>NOTICE OF RIGHT TO FILE CIVIL ACTION</u>

Pursuant to Sections 21.208, 21.253 and 21.254 of the Texas Labor Code, as amended, this notice is to advise you of your right to bring a private civil action in state court in the above referenced case.  **PLEASE BE ADVISED THAT YOU HAVE SIXTY (60) DAYS FROM THE RECEIPT OF THIS NOTICE TO FILE THIS CIVIL ACTION.** The time limit for filing suit based on a federal claim may be different.

On behalf of the Division,

*Venessa Hernandez for Bryan Snoddy*                          11/22/2023
_____                    _____
Bryan Snoddy                                                  Date
Division Director

cc:
Thompson Coe
Leslie W Richardson
700 North Pearl St 25th Floor
Dallas, TX 75201

101 E. 15th Street, Room 154 • Austin, Texas 78778-0001 • (512) 463-2642 (T) • (512) 463-2643 (F) • Relay Texas: 800-735-2989 (TDD) 800-735-2988 (Voice) • www.twc.texas.gov
Equal Opportunity Employer / Program
Auxiliary aids and services are available upon request to individuals with disabilities



DocuSign Envelope ID: E0ACF0AD-8A11-4185-A56E-2E7B054F4727

**EXHIBIT 1**

# Texas Workforce Commission
## A Member of Texas Workforce Solutions

Bryan Daniel, Chairman
Commissioner Representing the Public

Joe Esparza
Commissioner Representing Employers

Alberto Treviño, III
Commissioner Representing Labor

Edward Serna
Executive Director

Tue Nov 21 00:00:00 EST 2023

Eric Stewart
8452 Spicewood Springs Road
China Spring, TX 76633

RE:    **LETTER OF EXPEDITED NOTICE OF RIGHT TO FILE CIVIL ACTION**

TWCCRD: 1B23442                    EEOC: 31C-2023-01277
RE: Eric Stewart v Texas Farm Bureau Casualty Insurance Company

Dear Eric Stewart:

Charging Party alleges that they have been subjected to inequitable Terms and Conditions based on their Retaliation for engaging in a protected activity. This letter certifies you have submitted a request for a Notice of Right to File Civil Action to the Texas Workforce Commission Civil Rights Division.

As stated in Texas Labor Code Chapter 21 Sec. 21.253, our agency may issue a notice to file civil action in the event that the Executive Director certifies that administrative processing of the complaint cannot be completed before the 181st day after the date the complaint was filed.

This is to certify that our office will be unable to complete an investigation before the 181st day and thus may issue a Notice of Right to File Civil Action.

The Notice of Right to File Civil Action is on page 2 of this letter and will be sent to the parties electronically at the addresses on file.

DocuSign Envelope ID: E0ACF0AD-8A11-4185-A56E-2E7B054F472

**EXHIBIT 1**

| | | |
|---|---|---|
| Tue Nov 21 00:00:00 EST 2023 | Eric Stewart v Texas Farm Bureau<br>Casualty Insurance Company | Page 2 of 2 |

## NOTICE OF RIGHT TO FILE CIVIL ACTION

Pursuant to Sections 21.208, 21.253 and 21.254 of the Texas Labor Code, as amended, this notice is to advise you of your right to bring a private civil action in state court in the above referenced case. **PLEASE BE ADVISED THAT YOU HAVE SIXTY (60) DAYS FROM THE RECEIPT OF THIS NOTICE TO FILE THIS CIVIL ACTION.** The time limit for filing suit based on a federal claim may be different.

On behalf of the Division,

*Venessa Hernandez for Bryan Snoddy*                                        12/7/2023
_____                          _____
Bryan Snoddy                                                                                        Date
Division Director

cc:
Thompson Coe
Leslie W. Richardson
700 North Pearl St 25th Floor
Dallas, TX 75201

101 E. 15th Street, Room 154 • Austin, Texas 78778-0001 • (512) 463-2642 (T) • (512) 463-2643 (F) • Relay Texas: 800-735-2989 (TDD) 800-735-2988 (Voice) • www.twc.texas.gov
Equal Opportunity Employer / Program
Auxiliary aids and services are available upon request to individuals with disabilities

TEXAS
WORKFORCE SOLUTIONS
★ ★ ★ ★

**EXHIBIT 1**

**Electronic Record and Signature Disclosure**



**DocuSign**

## Certificate Of Completion

Envelope Id: E0ACF0AD8A114185A56E2E7B054F4727                                    Status: Completed
Subject: 2023-11-21 Stewart Letter of NRTFCA - Expedited 31C-2023-01277.pdf
docSeqId:
docType:
Source Envelope:
Document Pages: 2                           Signatures: 1                         Envelope Originator:
Certificate Pages: 5                        Initials: 0                          Venessa Hernandez
AutoNav: Enabled                                                                 101 E. 15th Street, Room 0154-B
EnvelopeId Stamping: Enabled                                                     Austin, TX  78778
Time Zone: (UTC-06:00) Central Time (US & Canada)                                venessa.hernandez@twc.texas.gov
                                                                                 IP Address: 204.65.0.20

## Record Tracking

Status: Original                            Holder: Venessa Hernandez            Location: DocuSign
        12/7/2023 2:31:00 PM                        venessa.hernandez@twc.texas.gov
Security Appliance Status: Connected        Pool: StateLocal
Storage Appliance Status: Connected         Pool: Texas Workforce Commission- Production    Location: DocuSign
                                            Account

| Signer Events | Signature | Timestamp |
|---|---|---|
| Venessa Hernandez for Bryan Snoddy<br>venessa.hernandez@twc.texas.gov<br>Administrative Assistant<br>Texas Workforce Commission<br>Security Level: Email, Account Authentication<br>(None) | *Venessa Hernandez for Bryan Snoddy*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 172.19.132.50 | Sent: 12/7/2023 2:45:57 PM<br>Viewed: 12/7/2023 2:46:08 PM<br>Signed: 12/7/2023 2:46:14 PM |

**Electronic Record and Signature Disclosure:**
  Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|
| Eric Stewart<br>Ericsstewart@hotmail.com<br>Security Level: Email, Account Authentication<br>(None) | **VIEWED**<br><br>Using IP Address: 72.179.26.158 | Sent: 12/7/2023 2:46:16 PM<br>Viewed: 12/7/2023 2:48:17 PM |

**Electronic Record and Signature Disclosure:**
  Accepted: 12/7/2023 2:48:17 PM
  ID: bcaba486-312f-4c93-9ce3-0a16a1c2296c

| | | |
|---|---|---|
| Leslie W. Richardson<br>Lwrichardson@thompsoncoe.com<br>Security Level: Email, Account Authentication<br>(None) | **VIEWED**<br><br>Using IP Address: 216.110.87.162 | Sent: 12/7/2023 2:46:16 PM<br>Viewed: 12/7/2023 2:47:25 PM |



| Certified Delivery Events | Status | Timestamp |
|---|---|---|
| **Electronic Record and Signature Disclosure:**<br>Accepted: 12/7/2023 2:47:25 PM<br>ID: be1c1277-fefb-4762-b67d-4c8e6e4101b3 | | |

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Alex Stewart<br>alex.stewart@twc.texas.gov<br>Civil Rights Investigator<br>Texas Workforce Commission<br>Security Level: Email, Account Authentication<br>(None) | COPIED | Sent: 12/7/2023 2:46:15 PM |
| **Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 12/7/2023 2:45:57 PM |
| Certified Delivered | Security Checked | 12/7/2023 2:47:25 PM |
| Signing Complete | Security Checked | 12/7/2023 2:46:14 PM |
| Completed | Security Checked | 12/7/2023 2:48:17 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

| Electronic Record and Signature Disclosure |
|---|

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, Carahsoft obo Texas Workforce Commission (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**



Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Carahsoft obo Texas Workforce Commission:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:

**To advise Carahsoft obo Texas Workforce Commission of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at  and in the body of such request you must state: your previous email address, your new email address.  We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from Carahsoft obo Texas Workforce Commission**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to  and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Carahsoft obo Texas Workforce Commission**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;



ii. send us an email to heather.hall@twc.state.tx.us and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent..  The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify Carahsoft obo Texas Workforce Commission as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by Carahsoft obo Texas Workforce Commission during the course of your relationship with Carahsoft obo Texas Workforce Commission.



# Texas Workforce Commission
## A Member of Texas Workforce Solutions

Bryan Daniel, Chairman
Commissioner Representing the Public

Joe Esparza
Commissioner Representing Employers

Alberto Treviño, III
Commissioner Representing Labor

Edward Serna
Executive Director

Tue Nov 21 00:00:00 EST 2023

Melody Stewart
8452 Spicewood Springs Road
China Spring, TX 76633

RE:    **LETTER OF NOTICE OF RIGHT TO FILE CIVIL ACTION**

TWCCRD: 1B23157                    EEOC: 31C-2023-00882
RE: Melody Stewart v Texas Farm Bureau Casualty Insurance Company

Dear Melody Stewart:

Charging Party alleges that they have been subjected to inequitable Terms and Conditions and Promotion based on their Sex. This letter certifies you have submitted a request for a Notice of Right to File Civil Action to the Texas Workforce Commission Civil Rights Division. Upon issuance the TWCCRD will immediately close this case.

The Notice of Right to File Civil Action is on page 2 of this letter and will be sent to the parties electronically at the addresses on file.

Tue Nov 21 00:00:00 EST 2023          Melody Stewart v Texas Farm                    Page **2** of **2**
                                      Bureau Casualty Insurance
                                      Company

## NOTICE OF RIGHT TO FILE CIVIL ACTION

Pursuant to Sections 21.208, 21.252 and 21.254 of the Texas Labor Code, as amended, this notice is to advise you of your right to bring a private civil action in state court in the above referenced case. **PLEASE BE ADVISED THAT YOU HAVE SIXTY (60) DAYS FROM THE RECEIPT OF THIS NOTICE TO FILE THIS CIVIL ACTION.** The time limit for filing suit based on a federal claim may be different.

On behalf of the Division,

*Lynda Pringle For Bryan Snoddy*
_____                          _____
Bryan Snoddy                                         11/30/2023
Division Director                                    Date

cc:
Thompson Coe
Leslie W. Richardson
700 North Pearl St 25th floor
Dallas, TX 75201

101 E. 15th Street, Room 154 • Austin, Texas 78778-0001 • (512) 463-2642 (T) • (512) 463-2643 (F) • Relay Texas: 800-735-2989 (TDD) 800-735-2988 (Voice) • www.twc.texas.gov
Equal Opportunity Employer / Program
Auxiliary aids and services are available upon request to individuals with disabilities



**EXHIBIT 1**



## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 4038F51B235041A6AE80993B5B00E053 | | Status: Sent |
| Subject: Stewart Letter of NRTFCA.pdf | | |
| docSeqId: | | |
| docType: | | |
| Source Envelope: | | |
| Document Pages: 2 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 5 | Initials: 0 | Lynda Pringle |
| AutoNav: Enabled | | 101 E. 15th Street, Room 0154-B |
| EnvelopeId Stamping: Enabled | | Austin, TX  78778 |
| Time Zone: (UTC-06:00) Central Time (US & Canada) | | lynda.pringle@twc.texas.gov |
| | | IP Address: 66.73.207.142 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Lynda Pringle | Location: DocuSign |
|      11/30/2023 8:44:18 PM |      lynda.pringle@twc.texas.gov | |
| Security Appliance Status: Connected | Pool: StateLocal | |
| Storage Appliance Status: Connected | Pool: Texas Workforce Commission- Production Account | Location: DocuSign |

## Signer Events

| Signer Events | Signature | Timestamp |
|---|---|---|
| Lynda Pringle for Bryan Snoddy<br>lynda.pringle@twc.texas.gov<br>Investigator<br>Texas Workforce Commission<br>Security Level: Email, Account Authentication (None) | *Lynda Pringle for Bryan Snoddy*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 66.73.207.142 | Sent: 11/30/2023 8:49:11 PM<br>Viewed: 11/30/2023 8:49:19 PM<br>Signed: 11/30/2023 8:49:39 PM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |

## In Person Signer Events

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

## Editor Delivery Events

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

## Agent Delivery Events

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

## Intermediary Delivery Events

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

## Certified Delivery Events

| Certified Delivery Events | Status | Timestamp |
|---|---|---|
| Melody Stewart<br>Mcstewart55@gmail.com<br>Security Level: Email, Account Authentication (None) | **VIEWED**<br><br>Using IP Address: 72.179.26.158<br>Viewed using mobile | Sent: 11/30/2023 8:49:41 PM<br>Viewed: 11/30/2023 9:24:16 PM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 11/30/2023 9:24:16 PM<br>    ID: 68195143-64ed-47b7-b805-3e1c93590345 | | |
| Leslie Richardson<br>Lwrichardson@thompsoncoe.com<br>Security Level: Email, Account Authentication (None) | | Sent: 11/30/2023 9:24:16 PM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 11/27/2023 8:51:10 AM<br>    ID: 1a263cfe-19db-40e8-9452-f45d97ad61a1 | | |

**EXHIBIT 1**

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Venessa Hernandez<br>venessa.hernandez@twc.state.tx.us<br>Security Level: Email, Account Authentication<br>(None) | **COPIED** | Sent: 11/30/2023 8:49:40 PM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 11/30/2023 8:49:11 PM |
| Signing Complete | Security Checked | 11/30/2023 8:49:39 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on: 1/31/2023 7:38:41 AM
Parties agreed to: Melody Stewart, Leslie Richardson

Case 3:24-cv-00075-OLG-RBF    Document 1-2    Filed 01/18/24    Page 21 of 37
EXHIBIT 1



## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Carahsoft obo Texas Workforce Commission (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

## Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

## Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

## Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

## All notices and disclosures will be sent to you electronically

**EXHIBIT 1**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Carahsoft obo Texas Workforce Commission:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:

**To advise Carahsoft obo Texas Workforce Commission of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at  and in the body of such request you must state: your previous email address, your new email address.  We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from Carahsoft obo Texas Workforce Commission**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to  and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Carahsoft obo Texas Workforce Commission**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to heather.hall@twc.state.tx.us and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify Carahsoft obo Texas Workforce Commission as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by Carahsoft obo Texas Workforce Commission during the course of your relationship with Carahsoft obo Texas Workforce Commission.

# Texas Workforce Commission
## A Member of Texas Workforce Solutions

**Bryan Daniel, Chairman**
Commissioner Representing the Public

**Joe Esparza**
Commissioner Representing Employers

**Alberto Treviño, III**
Commissioner Representing Labor

**Edward Serna**
Executive Director

Tue Nov 21 00:00:00 EST 2023

Melody Stewart
8452 Spicewood Springs Road
China Spring, TX 76633

RE:     **LETTER OF EXPEDITED NOTICE OF RIGHT TO FILE CIVIL ACTION**

TWCCRD: 1B23406                      EEOC: 31C-2023-01246
RE: Melody Stewart v Texas Farm Bureau Casualty Insurance Company

Dear Melody Stewart:

Charging Party alleges that they have been subjected to inequitable Terms and Conditions based on their Retaliation for engaging in a protected activity. This letter certifies you have submitted a request for a Notice of Right to File Civil Action to the Texas Workforce Commission Civil Rights Division.

As stated in Texas Labor Code Chapter 21 Sec. 21.253, our agency may issue a notice to file civil action in the event that the Executive Director certifies that administrative processing of the complaint cannot be completed before the 181st day after the date the complaint was filed.

This is to certify that our office will be unable to complete an investigation before the 181st day and thus may issue a Notice of Right to File Civil Action.

The Notice of Right to File Civil Action is on page 2 of this letter and will be sent to the parties electronically at the addresses on file.

Tue Nov 21 00:00:00 EST 2023         Melody Stewart v Texas Farm                Page **2** of **2**
                                     Bureau Casualty Insurance
                                     Company

## NOTICE OF RIGHT TO FILE CIVIL ACTION

Pursuant to Sections 21.208, 21.253 and 21.254 of the Texas Labor Code, as amended, this notice is to advise you of your right to bring a private civil action in state court in the above referenced case. **PLEASE BE ADVISED THAT YOU HAVE SIXTY (60) DAYS FROM THE RECEIPT OF THIS NOTICE TO FILE THIS CIVIL ACTION.** The time limit for filing suit based on a federal claim may be different.

On behalf of the Division,

*Lynda Pringle For Bryan Snoddy*
_____                    11/30/2023
Bryan Snoddy                                        _____
Division Director                                   Date

cc:
Thompson Coe
Leslie W. Richardson
700 North Pearl St 25th floor
Dallas, TX 75201

101 E. 15th Street, Room 154 • Austin, Texas 78778-0001 • (512) 463-2642 (T) • (512) 463-2643 (F) • Relay Texas: 800-735-2989 (TDD) 800-735-2988 (Voice) • www.twc.texas.gov
Equal Opportunity Employer / Program
Auxiliary aids and services are available upon request to individuals with disabilities



**EXHIBIT 1**



## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: D3F6E24AF55F41DB826F901612D62A73 | | Status: Sent |
| Subject: Stewart Letter of NRTCA.pdf | | |
| docSeqId: | | |
| docType: | | |
| Source Envelope: | | |
| Document Pages: 2 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 5 | Initials: 0 | Lynda Pringle |
| AutoNav: Enabled | | 101 E. 15th Street, Room 0154-B |
| EnvelopeId Stamping: Enabled | | Austin, TX  78778 |
| Time Zone: (UTC-06:00) Central Time (US & Canada) | | lynda.pringle@twc.texas.gov |
| | | IP Address: 66.73.207.142 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Lynda Pringle | Location: DocuSign |
| 11/30/2023 9:19:14 PM | lynda.pringle@twc.texas.gov | |
| Security Appliance Status: Connected | Pool: StateLocal | |
| Storage Appliance Status: Connected | Pool: Texas Workforce Commission- Production Account | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Lynda Pringle for Bryan Snoddy | *Lynda Pringle for Bryan Snoddy* | Sent: 11/30/2023 9:23:04 PM |
| lynda.pringle@twc.texas.gov | | Viewed: 11/30/2023 9:23:19 PM |
| Investigator | | Signed: 11/30/2023 9:23:34 PM |
| Texas Workforce Commission | Signature Adoption: Pre-selected Style | |
| Security Level: Email, Account Authentication (None) | Using IP Address: 66.73.207.142 | |
| **Electronic Record and Signature Disclosure:** | | |
| Not Offered via DocuSign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|
| Melody Stewart | **VIEWED** | Sent: 11/30/2023 9:23:36 PM |
| Mcstewart55@gmail.com | | Viewed: 11/30/2023 9:25:06 PM |
| Security Level: Email, Account Authentication (None) | | |
| | Using IP Address: 72.179.26.158 | |
| | Viewed using mobile | |
| **Electronic Record and Signature Disclosure:** | | |
| Accepted: 11/30/2023 9:25:06 PM | | |
| ID: 0063d7fe-9e93-4621-81b9-8314204f6d1c | | |
| Leslie Richardson | | Sent: 11/30/2023 9:25:06 PM |
| Lwrichardson@thompsoncoe.com | | |
| Security Level: Email, Account Authentication (None) | | |
| **Electronic Record and Signature Disclosure:** | | |
| Accepted: 11/27/2023 8:51:10 AM | | |
| ID: 1a263cfe-19db-40e8-9452-f45d97ad61a1 | | |

**EXHIBIT 1**

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Venessa Hernandez<br>venessa.hernandez@twc.state.tx.us<br>Security Level: Email, Account Authentication<br>(None) | **COPIED** | Sent: 11/30/2023 9:23:35 PM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 11/30/2023 9:23:04 PM |
| Signing Complete | Security Checked | 11/30/2023 9:23:34 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

| Electronic Record and Signature Disclosure | | |
|---|---|---|

Electronic Record and Signature Disclosure created on: 1/31/2023 7:38:41 AM
Parties agreed to: Melody Stewart, Leslie Richardson

Case 5:24-cv-00075-OLG-RBF    Document 1-2    Filed 01/18/24    Page 28 of 37

EXHIBIT 1

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Carahsoft obo Texas Workforce Commission (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

### Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

### Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

### Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

### All notices and disclosures will be sent to you electronically

**EXHIBIT 1**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Carahsoft obo Texas Workforce Commission:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:

**To advise Carahsoft obo Texas Workforce Commission of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at  and in the body of such request you must state: your previous email address, your new email address.  We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from Carahsoft obo Texas Workforce Commission**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to  and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Carahsoft obo Texas Workforce Commission**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;



ii. send us an email to heather.hall@twc.state.tx.us and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify Carahsoft obo Texas Workforce Commission as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by Carahsoft obo Texas Workforce Commission during the course of your relationship with Carahsoft obo Texas Workforce Commission.





# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Dallas District Office**
207 S. Houston Street, 3rd Floor
Dallas, TX 75202
(800) 669-4000
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 12/08/2023

**To:** Melody Stewart
8452 Spicewood Springs Road
China Spring, TX 76633
Charge No: 31C-2023-00882

EEOC Representative and email:    ELISE GALICIA
Administrative Assistant
elise.galicia@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge. The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is the official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

For **Hector Colon-Padro**    Digitally signed by Hector Colon-Padro
Date: 2023.12.08 14:30:14 -06'00'

---

Norma J. Guzman
Field Director



**Cc:**
Texas Farm Bureau Casualty Insurance Company
c/o Leslie W. Richardson
Thompson Coe
700 North Pearl St 25th floor
Dallas, TX 75201


Please retain this notice for your records.



Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.



**EXHIBIT 1**



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Dallas District Office**
207 S. Houston Street, 3rd Floor
Dallas, TX 75202
(800) 669-4000
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 12/08/2023

**To:** Melody Stewart
8452 Spicewood Springs Road
China Spring, TX 76633

Charge No: 31C-2023-01246

EEOC Representative and email:    ELISE GALICIA
Administrative Assistant
elise.galicia@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge. The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is the official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

For    Hector Colon-Padro    Digitally signed by Hector Colon-Padro
Date: 2023.12.08 14:50:48 -06'00'

Norma J. Guzman
Field Director



**Cc:**
Texas Farm Bureau Casualty Insurance Company
c/o Leslie W. Richardson
Thompson Coe
700 North Pearl St 25th Floor
Dallas, TX 75201

Please retain this notice for your records.



## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you** *receive* **this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.